**Fill in this information to identify the case:**

Debtor name    **Cypress Creek Emergency Medical Services Association**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **4:21-bk-33733**

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**   **Capital Bank**<br>Creditor's Name<br><br>**P.O. Box 24337**<br>**Houston, TX 77229-4337**<br>Creditor's mailing address<br><br>**alackey@capitalbanktx.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Ambulance**<br><br><br>Describe the lien<br>**Ambulance Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00<br><br>*collateral returned* | Unknown |
| **2.2**   **Frost Bank**<br>Creditor's Name<br>**600 W. Sam Houston Pkwy. N.**<br>**Ste. 730**<br>**Houston, TX 77024**<br>Creditor's mailing address<br><br>**kdickson@fmurray-lobb.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2011**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Headquarters: 711 Five Forks Dr., Spring, TX 77379. (Net book value below does not include buildings.)**<br><br>Describe the lien<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $0.00<br><br>*paid in full* | $6,000,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

Debtor **Cypress Creek Emergency Medical Services Association**

Name

Case number (if known)   **4:21-bk-33733**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $0.00

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kyle Dickson, Murray and Lobb, 2200 Space Park Dr. # 350, Houston, TX 77058 | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Cypress Creek Emergency Medical Services Association**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **4:21-bk-33733**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**AARON CASTRO**<br>**25186 Dickens Drive**<br>**Magnolia, TX 77355** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $623.22 | $623.22 |
| | | | | *(originally scheduled at $527.34)* |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Abigail Alley**<br>**12906 Timberland Trce**<br>**Houston, TX 77065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $207.06 | $207.06 |
| | | | | *(originally scheduled at $118.32)* |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.91 | $868.91 |
|---|---|---|---|---|
| | **Abigail Balkin** | *Check all that apply.* | | |
| | 5927 Almeda Rd # 21311 | ☐ Contingent | (originally scheduled at $776.48) | |
| | Houston, TX 77004 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.07 | $0.00 |
|---|---|---|---|---|
| | **Amber Hullum**   (Ables) | *Check all that apply.* | | |
| | 25043 MountClair Hollow Lane | ☐ Contingent | (originally scheduled at $1873.19) | |
| | Tomball, TX 77375 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for he claim: **expense reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Andrew Walls** | *Check all that apply.* | | |
| | 15064 Meadow Glen North | ☐ Contingent | (originally scheduled at $827.645) | |
| | Conroe, TX 77306 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,719.30 | $1,719.30 |
|---|---|---|---|---|
| | **CALEB BICE** | *Check all that apply.* | | |
| | 16223 CHAMPIONS DRIVE | ☐ Contingent | (originally scheduled at $1502.29) | |
| | Spring, TX 77379 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,647.48 | $13,647.48 |
|---|---|---|---|---|
| | **CAROL MILLER**<br>6711 RIVER LODGE<br>Spring, TX 77379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $13,287.73)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $977.60 | $977.60 |
|---|---|---|---|---|
| | **Christopher Boyer**<br>118 Hardy Bottom RD<br>Huntsville, TX 77340 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $873.60)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,139.01 | $4,139.01 |
|---|---|---|---|---|
| | **DANA GARCIA**<br>11927 CYPRESS CREEK LAKES DRIVE<br>Cypress, TX 77433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $0)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,479.63 | $12,479.63 |
|---|---|---|---|---|
| | **DONNA DOUGLASS**<br>21350 Russell Chase Dr<br>Porter, TX 77365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $12,175.49)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | 4:21-bk-33733 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,007.73 | $10,007.73 |
| --- | --- | --- | --- | --- |

**ERIC BARNES**
**1418 WEST WELLSFORD DR**
**Spring, TX 77386**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $9,729.70)*

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,345.26 | $3,345.26 |
| --- | --- | --- | --- | --- |

**FAWNA ABEL**
**10924 GRANT ROAD #335**
**Houston, TX 77070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $3126.47)*

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,020.80 | $3,020.80 |
| --- | --- | --- | --- | --- |

**Gillian Gennaro Tessier**
**23719 Plantation Pines Lane**
**Tomball, TX 77375**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**James Burton**
**7006 White Tail Drive**
**Spring, TX 77379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at  $602.63)*

Date or dates debt was incurred

**from 8/8/21 thru petition date**

Basis for he claim:
**underpayment to employee due to his incorrect**
**"clocking in"**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,514.95 | $2,514.95 |
|---|---|---|---|---|

**JESSICA REESE**
**156 Buckthorn Acres Drive**
**Huntsville, TX 77340**

☐ Contingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $2318.25)</span>

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.44 | $2,743.44 |
|---|---|---|---|---|

**JOHN FINK**
**2407 EAST VILLAGE GREEN**
**CIRCLE**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $2589.37)</span>

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,883.51 | $2,883.51 |
|---|---|---|---|---|

**Jonathan Stevens**
**30 Tethered Vine Place**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $2716.35)</span>

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.24 | $446.24 |
|---|---|---|---|---|

**JORDAN YOUNG**
**30926 PRIMROSE LANE**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $251.01)</span>

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $949.40 | $949.40 |
|---|---|---|---|---|
| | Jose Iquique<br>8502 Lake Crsytal Dr<br>Houston, TX 77095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $852.44)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,665.44 | $3,665.44 |
|---|---|---|---|---|
| | **JOSHUA FORREST**<br>**1304 CLINTON ST**<br>**Plattsmouth, NE 68048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $3488.08)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $529.24 | $529.24 |
|---|---|---|---|---|
| | Joshua Melvin<br>21663 Village Circle<br>Porter, TX 77365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $437.86)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,502.66 | $3,502.66 |
|---|---|---|---|---|
| | **KAMRON GREER**<br>**33307 ALTON WRIGHT DR**<br>**Magnolia, TX 77355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $3337.18)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | 4:21-bk-33733 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,933.76 | $2,933.76 |
| --- | --- | --- | --- | --- |

**KARL MOORE**
3218 MEADOW BAY LANE
Dickinson, TX 77539

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,933.76      $2,933.76

(originally scheduled at $2750.40)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,822.47 | $4,822.47 |

**LYMAR CROCKETT**
130 COVINGTON COURT
Tomball, TX 77375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,822.47      $4,822.47

(originally scheduled at $4610.16)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |

**Mackenzie Traynor**
10039 Elkwood Glen Lane
Tomball, TX 77375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

(originally scheduled at $655.62)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,648.56 | $3,648.56 |

**MARK LARSON**
623 Springwood Dr
Conroe, TX 77385

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,648.56      $3,648.56

(originally scheduled at $3432.12)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,097.90 | $2,097.90 |
|---|---|---|---|---|

**Mayra Whitely**
15615 Forest Run Drive
Cypress, TX 77433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

(originally scheduled at $2004.66)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.92 | $865.92 |
|---|---|---|---|---|

**MEREDITH CABRERA**
15735 OAK MOUNTAIN DR
Houston, TX 77095

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

(originally scheduled at $703.56)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,426.00 | $6,426.00 |
|---|---|---|---|---|

**MICHAEL GARCIA**
1314 SPRING FOREST WAY
Tomball, TX 77375

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

(originally scheduled at $6273)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.91 | $868.91 |
|---|---|---|---|---|

**Nathan Hennigs**
2462 Harmony Valley Lane
Spring, TX 77386

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

(originallly scheduled at $780.17)

Date or dates debt was incurred

Basis for he claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Cypress Creek Emergency Medical Services Association** | | |
|---|---|---|---|
| | Name | | |

Case number (if known)   4:21-bk-33733

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,392.88 | $6,392.88 |
|---|---|---|---|---|
| | NICHOLAS CARVALHO<br>25618 TOWER SIDE LN.<br>Katy, TX 77494 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $622.96)* | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $901.32 | $901.32 |
|---|---|---|---|---|
| | Orlando Pereira<br>8107 Rushing Stream Court<br>Tomball, TX 77375 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $808.08)* | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,681.45 | $3,681.45 |
|---|---|---|---|---|
| | RICARDO RIVERA<br>16507 NORTH MIST<br>Houston, TX 77073 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $3426.93)* | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,114.31 | $1,114.31 |
|---|---|---|---|---|
| | RICHARD MONTES<br>1911 TREASURE MOUNTAIN DRIVE<br>Spring, TX 77388 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $943.97)* | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.38 | $557.38 |
|---|---|---|---|---|
| | **RUSSELL WRIGHT**<br>**6800 GASTON RD. #4110**<br>**Katy, TX 77494** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $454.48)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,335.00 | $4,335.00 |
|---|---|---|---|---|
| | **STEVEN BEESLEY**<br>**22003 GALAPAGOS CT**<br>**Katy, TX 77449** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $4794.)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,327.62 | $3,327.62 |
|---|---|---|---|---|
| | **Tato Rodriguez**<br>**245 FM 1488, # 2005**<br>**Conroe, TX 77384** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $3145.70)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.13 | $937.13 |
|---|---|---|---|---|
| | **TESSA VAN HEUVELN**<br>**8206 CROSS SPRINGS CT**<br>**Houston, TX 77095** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $784.13)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,300.11 | $7,300.11 |
|---|---|---|---|---|
| | **THERESA RIVERA**<br>**706 BALCH SPRINGS**<br>**Spring, TX 77373** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $7114.12)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,748.96 | $5,748.96 |
|---|---|---|---|---|
| | **TIMBER HASELOW**<br>**16903 LOCKFORD LANE**<br>**Houston, TX 77073** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $5581.92)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,325.65 | $5,325.65 |
|---|---|---|---|---|
| | **TRAVIS OVERTON**<br>**2111 HOLLY HALL ST, 1208**<br>**Houston, TX 77054** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $5174.03)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,565.81 | $2,565.81 |
|---|---|---|---|---|
| | **TRYSTAN FORET**<br>**13207 FOREST KNOLL**<br>**Houston, TX 77049** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $2406.69)* | |
| | Date or dates debt was incurred | Basis for he claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | 4:21-bk-33733 |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,073.84 | $5,073.84 |
|---|---|---|---|---|

**WILLIAM ROBERTS**
**480 BRANDON RD**
**Conroe, TX 77302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $4885.92)*

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,112.40 | $4,112.40 |
|---|---|---|---|---|

**WILLIAM TOUCHECK**
**12101 NORTHPOINTE BLVD # 6101**
**Tomball, TX 77377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $3846.81)*

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFLAC**
**1932 Wynton Rd**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled as $3230.54)*

Date(s) debt was incurred _

Basis for the claim:  insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,406.32 |
|---|---|---|---|

**APS Building Services**
**PO Box 40447**
**Houston, TX 77240**

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled as $3498.50)*

Date(s) debt was incurred _

Basis for the claim:  6185 - Station Maintenance & Repair

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**AT&T**
**PO 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
XXX ■ Disputed

*(originally scheduled as $1954.61)*

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bessee Medical**
9075 Centre Pointe Dr. #140
West Chester, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $3230.54)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  6121 - Medical Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.00** |
|---|---|---|---|

**Beyond Lucid Technologies Inc**
1320 Willow Path Road
Ste 642
Concord, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled on Schedule G)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.80** |
|---|---|---|---|

**Caleb Jordan**
71 N. Dragonwood Place
Spring, TX 77381

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled only on Schedule E)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  expense reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Centerpoint Energy**
P.O. Box 4981
Houston, TX 77210-4981

☐ Contingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $116.68)*

Date(s) debt was incurred __

Last 4 digits of account number  0127

Basis for the claim:  6202 - Utilities Expense

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**CoAEMSP**
8301 Lakeview Parkway
Ste 111-312
Rowlett, TX 75088

☐ Contingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  accreditation for health education program

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,314.57** |
|---|---|---|---|

**Comcast**
PO Box 60533
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
xx ■ Disputed

*assumed and assigned to OneMain*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  6191 - Telephone

utility account #s 0606473, 0605263, 1501701, 0827040, 0070658, 0890812, 1421163

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|
| | Name | | |

---

**3.11**

Nonpriority creditor's name and mailing address
**Comcast Business**
PO Box 8587
Philadelphia, PA 19101-8587

Date(s) debt was incurred __
Last 4 digits of account number  **1770**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6191 - Telepone**

**(contract assumed and assigned to OneMain Development LLC)**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

*(originally scheduled at $1420.30)*

---

**3.12**

Nonpriority creditor's name and mailing address
**Conroe Commercial Door Solutions**
324 Rogers
Willis, TX 77378

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$450.00**

*(this is a supplement)*

---

**3.13**

Nonpriority creditor's name and mailing address
**Cypress Creek Pest Control**
8722 Rockmore Dr
Houston, TX 77068

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6185 - Station Maintenance & Repair**

**vendor**
**account #s 804750, 900528, 900522, 900527, 895762**

Is the claim subject to offset? ☑ No ☐ Yes

**$315.85**

*(originally scheduled $255.35)*

---

**3.14**

Nonpriority creditor's name and mailing address
**Enviro-Master of Houston**
PO Box 1235
Charlotte, NC 28220

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1152 - FEMA COVID**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,859.00**

*(originally scheduled as $20,064.00)*

*(this has been paid in order to expedite the FEMA collection)*

---

**3.15**

Nonpriority creditor's name and mailing address
**ESO Solutions, Inc.**
11500 Alterra Pkwy #100
Austin, TX 78758

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1158 - Prepaid Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,164.72**

*(originally scheduled as $12,595.52)*

---

**3.16**

Nonpriority creditor's name and mailing address
**Eugene  Barkley**
10703 Elm Dale Drive
Houston, TX 77070

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

*(this is a supplement)*

---

**3.17**

Nonpriority creditor's name and mailing address
**FCPC Management LLC**
c/o The Corner Vet - Champions
PO 5645
Katy, TX 77491

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Con ingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **uncleared check**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

*(this is a supplement)*

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154.39**

Galls, LLC
PO Box 71628
Chicago, IL 60694-1628

☐ Con ingent
☐ Unliquidated          *(originally scheduled at $2917.60)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  6200 - Uniforms- Staff

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00**

Grapevine Police Department
Attn:  Captain Gidney
1007 Ira E Woods Ave
Grapevine, TX 76051

☐ Con ingent
☐ Unliquidated          *(this is a supplement)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  prepaid tacitcal class that was cancelled

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$652.64**

Handtevy Pediatric Emergency Standars
11870 State Rd 84
Ste. C5
Fort Lauderdale, FL 33332-5000

☐ Con ingent
☐ Unliquidated          *(originally scheduled at $2185.45)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  1158 - Prepaid Expense

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582.41**

Harris Co. MUD #24
P.O. Box 2569
Spring, TX 77383-2569

☐ Con ingent
☐ Unliquidated          *(originally scheduled at $354.66)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  6202 - Utilities Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.00**

Harris County Emergency Corps
2800 Aldine Bender Rd
Houston, TX 77032

☐ Con ingent
☐ Unliquidated          *(this is a supplement)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Harris County MUD # 26
PO Box 1689
Spring, TX 77383

☐ Con ingent
☐ Unliquidated          *(originally scheduled at $25.12)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Harris County MUD 230
PO Box 690406
Houston, TX 77269

☐ Con ingent
☐ Unliquidated          *(originally scheduled at $50.18)*
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cypress Creek Emergency Medical Services Association**
Name

Case number *(if known)* **4:21-bk-33733**

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,587.10 |

Harris County Radio Services
a/k/a Harris County
2318 Greens Rd
Houston, TX 77032

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $3120)*

Date(s) debt was incurred __

Basis for the claim:  6191 - Telephone

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.27 |

Health Care Logistics Inc.
PO Boxs 400
Circleville, OH 43113-0400

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.03 |

Hi-Line Inc.
PO Box 972081
Dallas, TX 75397-2081

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $62.50)*

Date(s) debt was incurred __

Basis for the claim:  6211 - Vehicle Preventative Maint

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,964.26 |

Hurt Company
Attn: RelaDyne
PO Box 958427
Saint Louis, MO 63195-8427

☐ Con ingent
☐ Unliquidated
XXXX ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  6011 - Late Fees/Finance Charges

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,249.74 |

Jaguar Fueling Services, LLC
8515 E. Northbelt
Humble, TX 77396

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $20,740.36)*

Date(s) debt was incurred __

Basis for the claim:  6210 - Vehicle Fuel (10,479.51)
6211 - Vehicle-Preventative Maint (2014.50)
(we dispute anything over 21,249.74)

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.72 |

James Thorne
18202 Willow Court
Spring, TX 77379

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |

Keith Lancaster
17422 Valley Palms Drive
Spring, TX 77379

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Cypress Creek Emergency Medical Services Association**                    Case number (if known) **4:21-bk-33733**
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lake Forest, UD**
PO Box 3264
Houston, TX 77253-3264

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $91.29)*

Date(s) debt was incurred __

Basis for the claim: **6202  - Utilities Expense**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Legal Shield**
PO Box 2629
Ada, OK 74821

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $896.20)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**Lisa Mayhew**
50 Twinturn Drive
Brewster, MA 02631

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: **canceled tactical class**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|

**Little York Fire Department**
10410 Airline Drive
Houston, TX 77037

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Luisa LaFuente**
16347 Wild Oak Lane
Conroe, TX 77302

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,252.50 |
|---|---|---|---|

**McKinney Taylor PC**
Three Riverway, Ste. 900
Houston, TX 77056

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $467.50)*

Date(s) debt was incurred __

Basis for the claim: **6112 - Legal**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melody Barlow**
13203 Regency Oak Lane
Cypress, TX 77429

☐ Con ingent
■ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,877.80 |
|---|---|---|---|
| | **Memorial Herman Sports Medicine**<br>27700 Northwest Fwy<br>Ste 130<br>Cypress, TX 77433 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $10,134* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,161.74 |
|---|---|---|---|
| | **Mobile Electric Power Solutions**<br>PO 550248<br>Dallas, TX 75355 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(this is a supplement)* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.16 |
|---|---|---|---|
| | **Mobile Modular Portable Storage**<br>POB 45043<br>San Francisco, CA 94145 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(this is a supplement)* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,675.97 |
|---|---|---|---|
| | **MP2 Energy Texas n/k/a Shell Energy**<br>PO Box 733560<br>Dallas, TX 75320-2829 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(this was originally scheduled as $9290.52)* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No   ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.90 |
|---|---|---|---|
| | **National Pen Company**<br>PO Box 847203<br>Dallas, TX 75284-7203 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(this is a supplement)* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No   ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nealy, Wren** | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled as #2336.47)* |
| | Date(s) debt was incurred _ | Basis for the claim: **Claim released as part of ESD11 litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No   ☐ Yes | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Northwest Communications**<br>10810 Barely Lane  Ste B<br>Houston, TX 77070 | ☐ Con ingent<br>☐ Unliquidated<br>☐ Disputed | *(originally scheduled at $825))* |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No   ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Cypress Creek Emergency Medical Services Association**                  Case number (if known)  **4:21-bk-33733**

Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Paycomm**
820 Gessner Rd
Ste. 1500
Houston, TX 77024

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(this is a supplement)</span>

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,595.04 |
|---|---|---|---|

**Phu Nguyen**
5143 Kylie Springs Lane
Houston, TX 77066

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(this is a supplement)</span>

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Planet Ford**
PO Box 2809
Spring, TX 77383

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $1547.60)</span>

Date(s) debt was incurred _

Basis for the claim: **6211 - Vehicle-Preventative Maint.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Platinum Educational Group**
4370 Chicago Drive
Ste B #205
Grandville, MI 49418

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $475)</span>

Date(s) debt was incurred _

Basis for the claim: **6041 - Educational Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.94 |
|---|---|---|---|

**Ponderosa Forest District**
PO 1689
Spring, TX 77383

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(originally scheduled at $70.86)</span>

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Sandra Patlan**
2339 Autumn Springs Lane
Spring, TX 77373

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(this is a supplement)</span>

Date(s) debt was incurred _

Basis for the claim: **Refunded canceled CPR class**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.50 |
|---|---|---|---|

**Shred-It USA- Houston**
28883 Network Place
Chicago, IL 60673-1288

☐ Con ingent
☐ Unliquidated
☐ Disputed

<span style="color:red">(this is a supplement)</span>

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,351.00** |
|---|---|---|---|
| | **Siemen's Healthcare Diagnostics** <br> **511 Benedict Ave Tarrytown** <br> **Tarrytown, NY 10591-5005** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled $51,251.00)* |
| | Date(s) debt was incurred _ | **Basis for the claim: "1140 - Misc Receivable"** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,502.14** |
|---|---|---|---|
| | **Sparklets and Sierra Springs** <br> **PO Box 660579** <br> **Dallas, TX 75266-0579** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled for $870.52)* |
| | Date(s) debt was incurred _ | **Basis for the claim: 6186 - station supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,364.56** |
|---|---|---|---|
| | **Stericycle, Inc.** <br> **PO Box 6575** <br> **Carol Stream, IL 60197-6575** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled for $2147.42)* |
| | Date(s) debt was incurred _ | **Basis for the claim: 6121 - Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,232.65** |
|---|---|---|---|
| | **Stryker Sales Corporation** <br> **a/k/a Stryker Medical** <br> **c/o Miller Canfield Att: Daniel Anderson** <br> **277 S. Rose Street** <br> **Kalamazoo, MI 49007** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled for $25,655.80)* |
| | Date(s) debt was incurred _ | **Basis for the claim: 6121- Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TASC** <br> **PO Box 8278** <br> **Milwaukee, WI 53288** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled for $168)* |
| | Date(s) debt was incurred _ | **Basis for the claim: _** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,193.33** |
|---|---|---|---|
| | **Texas Prestige Cleaning Service LLC** <br> **2508 Franklin Woods Drive** <br> **Conroe, TX 77304** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(this is a supplement)* |
| | Date(s) debt was incurred _ | **Basis for the claim: _** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.33** |
|---|---|---|---|
| | **Transunion Risk and Alternative Data Sol** <br> **PO Box 209047** <br> **Dallas, TX 75320-9047** | ☐ Con ingent <br> ☐ Unliquidated <br> ☐ Disputed | *(originally scheduled at $50)* |
| | Date(s) debt was incurred _ | **Basis for the claim: 6055 - Background Check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.08 |
|---|---|---|---|

**United Parcel Service**
PO Box 650116
Dallas, TX 75265

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $4680)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.18 |
|---|---|---|---|

**Valerie Avila**
20222 Ash Glen Court
Spring, TX 77388

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.83 |
|---|---|---|---|

**Verizon**
PO Box 660108
Dallas, TX 75266-0108

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.94 |
|---|---|---|---|

**Voiance Language Services Inc.**
PO Box 74008101
Chicago, IL 60674-8101

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $3.42)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6191 Telephone**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,790.00 |
|---|---|---|---|

**Weaver and Tidwell LLC**
2821 West 7th Street
Ste 700
Fort Worth, TX 76107

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(this is a supplement)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.70 |
|---|---|---|---|

**Xerox Business Solutions**
PO Box 205354
Dallas, TX 75320-5354

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled only on Schedue G)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.91 |
|---|---|---|---|

**XL Parts**
PO Box 736201
Dallas, TX 75373-6201

☐ Con ingent
☐ Unliquidated
☐ Disputed

*(originally scheduled at $917.91)*

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6211 Vehicle-Preventative Maint.**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Cypress Creek Emergency Medical Services Association** | Case number (if known) | **4:21-bk-33733** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**c/o Bankruptcy**<br>**4331 Communications Dr**<br>**Flr 4W**<br>**Dallas, TX 75211** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Harris County Radio Services**<br>**Accounts Receivable Dept 200**<br>**PO Box 4354**<br>**Houston, TX 77210-4354** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Memorial Herman Sports Medicine**<br>**2956 Interstate 45 N**<br>**Ste 500**<br>**Conroe, TX 77303** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **MP2 Energy**<br>**3 Waterway Place  #110**<br>**Spring, TX 77380** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 141,434.33 |
| **5b. Total claims from Part 2** | 5b. + | $ | 202,771.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 344,205.72 |

# United States Bankruptcy Court
## Southern District of Texas

In re    __Cypress Creek Emergency Medical Services Association__

                                         Debtor(s)

Case No.    __4:21-bk-33733__

Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __24__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    __October 12, 2022__

Signature   *J. Patrick Magill*

                 J. Patrick Magill (Oct 13, 2022 10:44 CDT)

           **J Patrick Magill**

           **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.