United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re CYPRESS CREEK EMERGENCY MEDICAL SERVICES ASSOCIATION | § § § | CASE NO.21-33733 CHAPTER 11 |
| DEBTOR | § § § § | |
| J. PATRICK MAGILL, TRUSTEE OF THE CCEMS LIQUIDATING TRUST | § § § § | ADV. PRO. 23-03019 |
| *Plaintiff* V. THE FEDERAL EMERGENCY MANAGEMENT AGENCY, THE STATE OF TEXAS, THE TEXAS DIVISION OF EMERGENCY MANAGEMENT, AND THE TEXAS A&M UNIVERSITY SYSTEM | § § § § § § § § § | |
| *Defendants* | | |

## STIPULATED DISMISSAL ORDER

This Stipulated Dismissal Order ("Stipulated Order") is made and entered into by, on the one hand, Plaintiff, the Liquidating Trustee, and, on the other hand, the Federal Emergency Management Agency, the State of Texas, the Texas Division of Emergency Management ("TDEM"), and the Texas A&M University System (collectively, the "Defendants" and together with Plaintiff, the "Parties").

## RECITALS

1. WHEREAS on February 14, 2023, Plaintiff sued Defendants;

2. WHEREAS the Defendants answered and sought dismissal; and

3. WHEREAS the Parties have agreed to a consensual dismissal with prejudice.

## STIPULATIONS

NOW THEREFORE, the Parties hereby agree that the above-styled lawsuit is dismissed with prejudice.

IT IS SO ORDERED.

Signed: February 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

Agreed:

O'CONNORWECHSLER PLLC

*/s/      Annie E. Catmull*
Annie E. Catmull
Tex. Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

ATTORNEYS FOR THE PLAINTIFF

*/s/ Layla Milligan*
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
Southern Dist. Bar No. 38000
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS, THE TEXAS DIVISION OF EMERGENCY MANAGEMENT, AND THE TEXAS A&M UNIVERSITY SYSTEM

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Christina Cullom*
Christina Cullom
Assistant United States Attorney
Southern District No. 3825236
Texas Bar No. 24122806
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9962
Fax: (713) 718-3303
E-mail: Christina.Cullom@usdoj.gov

ATTORNEY FOR THE FEDERAL EMERGENCY MANAGEMENT AGENCY